IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| EUGENE HARBIN | § | |
|---|---|---|
| v. | § | CIVIL ACTION NO. 9:12CV12 |
| COMMUNITY EDUCATION CENTERS, INC. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of Defendant's Motion for Partial Dismissal (document #7) has been presented for consideration. The Report and Recommendation recommends that Defendant's Motion for Partial Dismissal be granted. Plaintiff filed written objections to the Report and Recommendation on July 12, 2012.

Having made a *de novo* review of the written objections filed by Plaintiff, the Court finds that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit. The Court, therefore, adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Motion for Partial Dismissal (document #7) is **GRANTED**. Plaintiff's claim brought pursuant to 42 U.S.C. § 1985(3) is **DISMISSED** with prejudice.
So **ORDERED** and **SIGNED** this **27** day of **July, 2012.**

_____
Ron Clark, United States District Judge